U.S. Department of Justice
Executive Office for United States Attorneys
U.S. Attorneys

| | | | |
|---|---|---|---|
| Name of Defendant:<br>Lawrence J. Popp | | Address: City, State and Zip Code:<br>New Berlin, WI | |
| Date of Birth: 1955 | Occupation: Unknown | | |
| Name of Defendant's Attorney:<br>Raymond M. Dall'Osto<br>Gimbel, Reilly, Guerin & Brown | | Address of Defendant's Attorney:<br>330 East Kilbourn Avenue-Two Plaza East, Ste 1170<br>Milwaukee, WI 53202 | |
| Name of U.S. Attorney:<br>Gordon P. Giampietro, Assistant United States Attorney | | | |
| Has warrant been issued?<br>No | When? | By Whom? | Where? |
| Has warrant been executed?<br>No | When? | Where? | |
| Has defendant appeared before a Magistrate?<br>No | When? | Who? | |
| Is the defendant in custody?<br>No | Where? | | |
| Pretrial Scheduling Conference Necessary? ❏ YES    ❏ NO | | | |

| Issue:<br>WARRANT | SUMMONS<br><br>XX | NOTICE | MISDEMEANOR | FELONY<br><br>XX |
|---|---|---|---|---|

**Milwaukee Case** ■            **Green Bay Case**

Minor Offense
    N/A

Petty Offense
    N/A

Arraignment & plea before:            Judge:            Magistrate:
    N/A

(The above information to be furnished in duplicate (1 copy for file and 1 copy for Marshal with 2 conformed copies of indictment and/or information of defendant))

**THE ABOVE INFORMATION TO BE FURNISHED IF KNOWN**

**Charge:**         18 U.S.C. §§ 1343, 1621, 1001; 42 U.S.C. § 408 & 26 U.S.C. § 7201
                    Maximum penalties:    20 years / $250,000 fine / $100 SA / 5 SR

**Agency/Agent:**   SSA / SA Nate Catura    IRS / SA Michael Wagner

**OCDETF:**         No